UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALVIN COLLINS,
    Plaintiff,

v.
                                        Case No. 1:16-cv-116

UNKNOWN DEL-TOUR,             HONORABLE PAUL L. MALONEY
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant Del-Tour filed a motion to dismiss on grounds of qualified immunity pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 4, 2018, recommending that this Court grant the motion and enter judgment dismissing all Plaintiff's claims against Defendant with prejudice.[1] The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 53) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 31) is GRANTED. All of Plaintiff's claims against Defendant are DISMISSED WITH PREJUDICE

A Judgment will be entered consistent with this Order.

Dated: February 1, 2018                                        /s/ Paul L. Maloney
                                                                                  Paul L. Maloney
                                                                                   United States District Judge

---

[1] All other claims have been dismissed. (ECF Nos. 10 and 11)