ALVIN COLLINS,

     Plaintiff,

                                       Case No. 1:16-cv-116

v.

                                       HONORABLE PAUL L. MALONEY

UNKNOWN DEL-TOUR,

     Defendant.

_____/

## **JUDGMENT**

     In accordance with the Order entered on this date:

     **IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  February 1, 2018                      /s/  Paul L. Maloney
                                               Paul L. Maloney
                                               United States District Judge